UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
         -v-                                                     :      22-CR-260 (PAE)
                                                                        :
RYAN LITTLE,                                                            :      <u>SCHEDULING ORDER</u>
                                                                        :
                Defendant.                                          :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

       For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- Any motions to suppress shall be filed by **August 15, 2022**.

- Opposition to any motions to suppress shall be filed by **August 22, 2022**.

- A suppression hearing is scheduled for **October 7, 2022** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **October 7, 2022**.

SO ORDERED.

Dated: August 1, 2022
       New York, New York

                                                       PAUL A. ENGELMAYER
                                                     United States District Judge