

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2022

**BY ECF**

The Honorable Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Ryan Little*, 22 Cr. 260 (PAE)

Dear Judge Engelmayer:

As discussed with Chambers, the Government respectfully requests, with the consent of the defense, a one-week adjournment of its deadline to oppose any forthcoming defense motions to suppress. The Government respectfully requests that its current deadline of August 22, 2022, as set forth in the Court's August 1, 2022 Scheduling Order (ECF No. 12), be adjourned to August 29, 2022, leaving all other deadlines set by the Court in place.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 13.

SO ORDERED.

8/3/2022

_____
PAUL A. ENGELMAYER
United States District Judge