**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 15, 2022

*VIA ECF*
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Ryan Little*, 22 Cr. 260 (PAE)

Honorable Judge Engelmayer:

    I write on behalf of Mr. Ryan Little, whose motions are due to be filed today, August 15, 2022, to respectfully request the Court extend the time for filing to Friday, August 19, 2022. This extension is requested to allow the defense time to review Rule 16 discovery materials that were disclosed by the Government on Saturday, August 13, 2022. Those materials bear directly on the subject matter of the identification motion, including recordings of descriptions of the alleged perpetrator contained in 911 calls made by Spanish-speaking complainants who are believed to have subsequently participated in an identification procedure of Mr. Little. Because the witnesses speak Spanish, review of the calls requires the assistance of a Spanish language interpreter.

    I have discussed this request with Assistant United States Attorney Jonathan Bodansky, who consents on behalf of the United States.

    Thank you for your considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Counsel for Mr. Ryan Little
(212) 417-8734

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 15.

SO ORDERED.                         8/16/2022

_____
PAUL A. ENGELMAYER
United States District Judge