UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
           -v-                                      :          22-CR-260 (PAE)
                                                    :
RYAN LITTLE,                                        :          REVISED
                                                    :          SCHEDULING ORDER
                          Defendant.                :
                                                    :
--------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        Due to a scheduling conflict, IT IS HEREBY ORDERED that the suppression hearing in

this matter, previously scheduled for **October 7, 2022**, is adjourned to **October 12, 2022** at

**10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New

York, New York.

        SO ORDERED.

Dated: August 29, 2022
       New York, New York

                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge