# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 30, 2022

VIA ECF
The Honorable Paul A. Engelmayer
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Ryan Little*, 22 Cr. 260 (PAE)

Honorable Judge Engelmayer:

    I write on behalf of Mr. Ryan Little and jointly with the Government to provide the Court with an update as to the status of this matter. The parties have been in extensive discussions regarding a resolution of the above-captioned case and another federal prosecution that is expected to be instituted in North Carolina by the end of October. Additionally, a motion to suppress identification evidence is pending and a hearing on that issue is presently scheduled for Wednesday, October 12, 2022 at 10 A.M.

    The parties agree that the October 12 hearing should be postponed, and respectfully request the Court adjourn it for 30 days. Notably, the pending suppression is not dispositive. Should the Court grant it, the Government will continue its prosecution of Mr. Little in the above-captioned matter. The adjournment is requested to allow the parties to prioritize discussions regarding pretrial resolution.

    Thank you for your considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Counsel for Mr. Ryan Little
(212) 417-8734

**DENIED.** The suppression hearing will go forward as scheduled, barring the execution of a plea agreement in advance of the hearing. The Clerk of Court is requested to terminate the motion at Dkt. No. 21.

9/30/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge