**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

November 21, 2022

**BY ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Ryan Little,
      22 Cr. 260 (PAE)**

Dear Judge Engelmayer:

    I write to follow up on the subject of Mr. Little's prescription glasses, which were discussed at last Friday's conference. I have now obtained both the glasses from Cohen's Fashion Optical and a copy of Mr. Little's MDC glasses form. To avoid any further delay or complications—and because it appears that the glasses form may be incomplete—we request that the Court also enter the following order by endorsing this letter motion:

> MDC Brooklyn is ordered to accept a pair of prescription glasses from the Federal Defenders of New York and to provide the same to MDC inmate Ryan Little, who is detained under Register Number 97302-509.

We thank the Court for its attention to this matter.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Jonathan Bodansky

**GRANTED.** MDC Brooklyn is ordered to accept a pair of prescription glasses from the Federal Defenders of New York and to provide the same to MDC inmate Ryan Little, who is detained under Register Number 97302-509. The Clerk of Court is requested to terminate the motion at Dkt. No. 34.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge