UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                                22-CR-260 (PAE)

RYAN LITTLE,                                       SCHEDULING ORDER

                    Defendant.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government's 404(b) notice is **March 7, 2023**.

- Any motions *in limine* are due **March 21, 2023**.

- Opposition to any motions *in limine* are due **March 28, 2023**.

- Proposed *voir dire* and requests to charge are due **March 28, 2023**.

- The final pretrial conference in this case will take place **April 10, 2023** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **April 17, 2023**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 14, 2023
       New York, New York