UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 22-CR-260 (PAE) |
| RYAN LITTLE, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defense counsel, reporting an agreement in principle between defendant Ryan Little and the Department of Justice, under which charges against Mr. Little in this District and the Middle District of North Carolina would be resolved pursuant to a plea agreement. The agreement would contemplate the consented-to transfer of the charges in this District to the Middle District of North Carolina, followed by Mr. Little's entry of a plea in that District to all charges. Insofar as Mr. Little's trial in this District is scheduled to begin on April 17, 2023, counsel request that the Court adjourn that date and all intermediate deadlines, while counsel execute the plea agreement.

The Court appreciates counsel's thoughtful explanation of the events that have transpired and the parties' thoughtful resolution of this challenging problem. The Court grants the motion to adjourn all deadlines prior to the April 17 trial date, so as to spare counsel needless work and distraction on pretrial matters given the anticipated transfer and guilty plea. The Court also adjourns the conference scheduled for April 10, 2023. The Court will, however, maintain the April 17 court date. That date will serve as a conference date in the event the case has not yet been transferred, and potentially as a trial date in the event the arrangement described by counsel

falls through. The Court directs counsel to supply the Court with a status letter two weeks from today (*i.e.*, March 30). Time remains excluded until April 17, pursuant to 18 U.S.C. 3161(h)(7)(A), to enable the parties to complete the process of finalizing a written plea agreement and effectuating the transfer of this case.

      The Clerk of Court is requested to terminate the motion at Dkt. No. 39.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 16, 2023
       New York, New York